# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LETRENTON NAPOLEON NICKLES, #14236-003, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) | CRIMINAL NO. 15-00014-CG-B<br>CIVIL ACTION NO. 17-505-CG-B |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 7, 2021 (Doc. 101) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Letrenton Napoleon Nickles' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 74, 74-1) is **DENIED**, that this action is **DISMISSED**, and that Nickles is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal. It is further ordered that the Government's Motion to Dismiss on the basis of untimeliness (Doc. 78) is **DENIED as moot**.

**DONE and ORDERED** this 4th day of February, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE