# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LETRENTON NAPOLEON NICKLES, #14236-003, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) ) | CRIMINAL NO. 15-00014-CG-B<br>CIVIL ACTION NO. 17-505-CG-B |
| UNITED STATES OF AMERICA, ) ) ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 7, 2021 (Doc. 101) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Letrenton Napoleon Nickles's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 74, 74-1) is **DENIED**, that this action is **DISMISSED**, and that Nickles is not entitled to the issuance of a certificate of appealability or to proceed <u>in forma pauperis</u> on appeal.   It is further ordered that the Government's Motion to Dismiss on the basis of untimeliness (Doc. 78) is **DENIED as moot**.

**DONE and ORDERED** this 29th day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE